| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Law offices Tyson Takeuchi<br>Scott Kosner, SBN 172379<br>1100 Wilshire Blvd, Suite 2606<br>LOS ANGELES,<br>CALIFORNIA  90017<br><br>☐ Individual appearing without counsel<br>☒ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>ZAVALA, ALFONSO<br><br><br>                                                                                         Debtor | CHAPTER 13<br><br>CASE NO.: 1044363 WB |
|---|---|

## DEBTOR'S CERTIFICATION OF COMPLIANCE UNDER 11 U.S.C. § 1328(a) AND APPLICATION FOR ENTRY OF DISCHARGE

*(In a joint bankruptcy case, each co-debtor must file a separate Certificate of Compliance and Application for Entry of Discharge.)*

The debtor in the above-captioned bankruptcy case certifies:

1. ☒ I have completed all payments required by my confirmed plan, including all domestic support obligations, if any.

2. ☐ I have made all domestic support payments required by a judicial or administrative order, or by statute which have come due since the filing of this case.

3. ☒ My address is: 11450 Lindale St, Norwalk Ca 90650                                                                                     .

4. ☒ My most recent employer's name and address are:
   TABC
   6375 N Paramount Blvd, Long Beach Ca 90805

5. ☐ The following creditors hold debts which have been determined to be nondischargeable under 11 U.S.C. §523(a)(2) or (a)(4):
   _____
   _____

6. ☐ The following creditors hold debts which have I have reaffirmed in writing:
   _____
   _____

7. ☒ I have not executed a written waiver of discharge in this case.

8. ☒ I have not received a discharge in a case filed under chapter 7, 11, or 12 during the 4-year period preceding the date of the order for relief under chapter 13 in the present case.

9. ☒ I have not received a discharge in a case filed under chapter 13 during the 2-year period preceding the date of the order for relief under chapter 13 in the present case.

| Debtor's Certification of Compliance Under 11 U.S.C. § 1328(a) and Application for Entry of Discharge | | 2007 USBC, Central District of California |
|---|---|---|
| In re<br>Alfonso Zavala | (SHORT TITLE)<br>Debtor | CHAPTER 13<br>CASE NO.: 1044363 WB |

10. ☒ Since the filing of this case:

    ☒ I have completed an instructional course concerning personal financial management approved by the United States Trustee.

    ☐ I have been excused from compliance with the requirement to complete an instructional course concerning financial management approved by the United States Trustee.

11. ☒ I have not exempted more than $125,000 in any of the following:
    (a) real or personal property used as a residence by me or any of my dependents, OR
    (b) in a cooperative that owns property used as a residence by me or any of my dependents, OR
    (c) in a burial plot for me or any of my dependents, OR
    (d) in any real or personal property in which I or any of my dependents has claimed as a homestead.

12. You must answer the following inquiries ONLY if you have exempted more than $125,000 in property described in Question 11 above.

    A. The property is reasonably necessary for my support and the support of my dependents.

    B. ☒ I was not convicted of a felony before the filing of this case.
       ☐ I was convicted of a felony before the filing of this case.
       ☐ I have been convicted of a felony during the pendency of this case.
       ☐ I am not aware of any pending proceeding in which I may be found guilty of a felony.

       Please describe the circumstances:
       _____
       _____
       (additional sheet may be attached if necessary)

    C. I owe a debt arising from one or more of the following:
       ☐ a violation of federal or state securities laws or regulations or orders issued under federal or state securities laws;
       ☐ fraud, deceit or manipulation in connection with the sale or purchase of any registered security;
       ☐ a civil remedy under section 1964 of title 18; or
       ☐ a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years.
       ☒ none of the above.

    D. I am not aware of any pending proceeding in which I may be found liable for a debt of the kind described in Statement No. 12(C) above.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 12-21-15    Debtor's Signature _____

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Law offices Tyson Takeuchi<br>Scott Kosner, SBN 172379<br>1100 Wilshire Blvd, Suite 2606<br>LOS ANGELES,<br>CALIFORNIA  90017<br><br>☐ Individual appearing without counsel<br>☒ Attorney for: | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>ZAVALA, MAYRA ELOISA<br><br><br><br>Debtor | CHAPTER 13<br>CASE NO.: 1044363 WB |
|---|---|

# DEBTOR'S CERTIFICATION OF COMPLIANCE UNDER 11 U.S.C. § 1328(a)
# AND APPLICATION FOR ENTRY OF DISCHARGE

*(In a joint bankruptcy case, each co-debtor must file a separate
Certificate of Compliance and Application for Entry of Discharge.)*

The debtor in the above-captioned bankruptcy case certifies:

1. ☒ I have completed all payments required by my confirmed plan, including all domestic support obligations, if any.

2. ☐ I have made all domestic support payments required by a judicial or administrative order, or by statute which have come due since the filing of this case.

3. ☒ My address is: 11450 Lindale St, Norwalk Ca 90650

4. ☒ My most recent employer's name and address are:
   Purcell Murray Co.
   13300 Orden Dr, Santa Fe Springs Ca 90650

5. ☐ The following creditors hold debts which have been determined to be nondischargeable under 11 U.S.C. §523(a)(2) or (a)(4):

6. ☐ The following creditors hold debts which have I have reaffirmed in writing:

7. ☒ I have not executed a written waiver of discharge in this case.

8. ☒ I have not received a discharge in a case filed under chapter 7, 11, or 12 during the 4-year period preceding the date of the order for relief under chapter 13 in the present case.

9. ☒ I have not received a discharge in a case filed under chapter 13 during the 2-year period preceding the date of the order for relief under chapter 13 in the present case.

| Debtor's Certification of Compliance Under 11 U.S.C. § 1328(a) and Application for Entry of Discharge | 2007 USBC, Central District of California |
|---|---|
| In re (SHORT TITLE)<br>Mayra Eloisa Zavala                                                    Debtor | CHAPTER 13<br>CASE NO.: 1044363 WB |

10. ☒ Since the filing of this case:

   ☒ I have completed an instructional course concerning personal financial management approved by the United States Trustee.

   ☐ I have been excused from compliance with the requirement to complete an instructional course concerning financial management approved by the United States Trustee.

11. ☒ I have not exempted more than $125,000 in any of the following:
    (a) real or personal property used as a residence by me or any of my dependents, OR
    (b) in a cooperative that owns property used as a residence by me or any of my dependents, OR
    (c) in a burial plot for me or any of my dependents, OR
    (d) in any real or personal property in which I or any of my dependents has claimed as a homestead.

12. You must answer the following inquiries ONLY if you have exempted more than $125,000 in property described in Question 11 above.

   A. The property is reasonably necessary for my support and the support of my dependents.

   B. ☐ I was not convicted of a felony before the filing of this case.
      ☐ I was convicted of a felony before the filing of this case.
      ☐ I have been convicted of a felony during the pendency of this case.
      ☐ I am not aware of any pending proceeding in which I may be found guilty of a felony.

   Please describe the circumstances: _____

   (additional sheet may be attached if necessary)

   C. I owe a debt arising from one or more of the following:
      ☐ a violation of federal or state securities laws or regulations or orders issued under federal or state securities laws;
      ☐ fraud, deceit or manipulation in connection with the sale or purchase of any registered security;
      ☐ a civil remedy under section 1964 of title 18; or
      ☐ a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years.
      ☒ none of the above.

   D. I am not aware of any pending proceeding in which I may be found liable for a debt of the kind described in Statement No. 12(C) above.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 1/7/16    Debtor's Signature: _____